FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 12  AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| SETTLEMENT PLANNING ASSOCIATES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WUNDERLICH SECURITIES, INC., ) <br> and ALBERT ALEXANDER, ) <br> ) <br> Defendants. ) <br> ) | No. 05-2751 Ml/V |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Notice of Dismissal Pursuant to Rule 41(a)(1)(i),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this case is DISMISSED without prejudice.

APPROVED:

_Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Dec. 9 2005_
Date

**THOMAS M. GOULD**
Clerk of Court

_Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-12-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02751 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Mark Daniel Griffin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Sara Margaret Falkinham
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jerome A. Broadhurst
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Robert L. Moore
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT